UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARDELLE LYNN MARTIN,<br><br>    Defendant. | CASE NO. MJ24-485<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Arson

<u>Date of Detention Hearing</u>:   August 19th, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was alleged in the Complaint to have set fire to a trailer and with pouring gasoline on victims in the vicinity. Defendant has convictions for controlled substances, assault and domestic violence. Defendant has no release plan at this time.

2. Defendant poses a risk of nonappearance based upon lack of release plan, unstable housing and unstable employment. Defendant poses a risk of danger to the community based on the alleged conduct and criminal history. Defendant does not contest detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 19th Day of August, 2024.

_____
S. KATE VAUGHAN
United States Magistrate Judge